FILED IN OPEN COURT

ON **4-24-2012** *ch*

Julie A. Richards, Clerk
US District Court
Eastern District of NC

NO. 5:12-CR-139-1BO(3)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    I N D I C T M E N T |
| | ) |
| MOGEEB ABDU KARAH | ) |
| a/k/a "Yaser Ahmed Mohammed Zelaat" | ) |

The Grand Jury charges:

## COUNT ONE

On or about May 12, 2009, in the Eastern District of North Carolina and elsewhere, the defendant, MOGEEB ABDU KARAH, also known as "Yaser Ahmed Mohammed Zelaat", did willfully and knowingly make and cause to be made, in a matter within the jurisdiction of United States Citizenship and Immigration Services, an agency within the Executive Branch of the Government of the United States, a false writing and document, knowing the same to contain a materially false statement, to wit: the defendant filed and caused to be filed Form N-400, Application for Naturalization, and certified under penalty of perjury that he had never given false or misleading information to any federal government official while applying for any immigration benefit or to prevent deportation, exclusion or removal, when in fact, as the defendant well knew, he had knowingly and unlawfully entered into a marriage with C.D. for the purpose of evading a provision of the immigration laws of the United States, he never shared the same address with C.D., and he

falsely stated in connection with Form I-751, Petition to Remove Conditions on Residence, that he resided with C.D. at Sunny People MHP, Lot #8, Norlina NC 27563.

All in violation of Title 18, United States Code, Section 1001(a)(3).

COUNT TWO

On or about May 28, 2009, in the Eastern District of North Carolina and elsewhere, the defendant, MOGEEB ABDU KARAH, also known as "Yaser Ahmed Mohammed Zelaat", did knowingly make a false statement under oath, in a case, proceeding, and matter relating to, and under, and by virtue of a law of the United States relating to naturalization and citizenship, to wit: the defendant stated in Form N-400, Application for Naturalization, that he had never given false and misleading information to any United States government official while applying for any immigration benefit, when in fact, as the defendant well knew, he knowingly entered into a fraudulent marriage with C.D. for the purpose of evading a provision of the immigration laws, he caused C.D. to be paid $5,000 for marrying him, he never shared the same address with C.D., and he certified under penalty of perjury in Form I-751, Petition to Remove Conditions on Residence, that no fee was paid to anyone other than an attorney in connection with Form I-751, and that C.D. resided with the defendant at the same address.

All in violation of Title 18, United States Code, Section 1015(a).

<u>COUNT THREE</u>

On or about October 2, 2009, in the Eastern District of North Carolina and elsewhere, the defendant, MOGEEB ABDU KARAH, also known as "Yaser Ahmed Mohammed Zelaat", knowingly procured, contrary to law, naturalization as a United States citizen for himself, by making in connection with his naturalization application a false statement, to wit: the defendant certified under penalty of perjury in Form N-400, Application for Naturalization, that he had never given false and misleading information to a United States government official while applying for an immigration benefit, when in fact, as the defendant well knew, he had obtained permanent resident status on April 27, 2006, based on his fraudulent marriage to C.D. entered into for the purpose of evading a provision of the immigration laws.

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL

FOREPERSON

4/04/2012

DATE

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

THOMAS G. WALKER
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney