IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-139-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MOGEEB ABDU KARAH | ) | |
| a/k/a "Yaser Ahmed Mohammed Zelaat" | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion to transfer, it is hereby ORDERED that the defendant be transferred to the Eastern District of North Carolina and held in the custody of the United States Marshal until such time the pre-trial release order issued by Chief United States Magistrate Steven M. Gold of the Eastern District of New York can be reviewed by this Court.

This ___1___ day of June, 2012.

HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE